UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. **CR 07-145-UNA** ) ) |
| **JOAN SANTIAGO** | ) ) ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **NOVEMBER 8, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *NOVEMBER 27, 2007*. The time between the date of this order and *NOVEMBER 27, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

[FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE  NOV - 8 2007]

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney