UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-211M |
| JOAN SANTIAGO | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Keir Bradford, Esquire as attorney on behalf of Defendant, Joan Santiago, in the above-captioned matter.

FILED
NOV - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_/s/ Keir Bradford_
KEIR BRADFORD, ESQUIRE
Assistant Federal Public Defender
One Custom House, Suite 110
704 King Street
Wilmington, DE 19801

DATED: November 6, 2007

The undersigned attorney for defendant hereby certifies that two (2) copies of the attached Substitution of Counsel and Entry of Appearance were hand delivered to the box designated in the Clerk's Office to:

>Keith M. Rosen
>Assistant United States Attorney
>1007 Orange Street, Suite 700
>Wilmington, DE  19801

>*/s/ Keir Bradford*
>KEIR BRADFORD, ESQUIRE
>Assistant Federal Public Defender
>One Custom House, Suite 110
>704 King Street
>Wilmington, DE  19801

DATED:  November 6, 2007