UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :
                                :

          Plaintiff,      :
                                :

      v.                 :       Criminal Action No.: 07-145-GMS
                                :

JOAN SANTIAGO           :
                                :

         Defendant.     :

## MOTION TO WITHDRAW COUNSEL
## AND REQUEST FOR APPOINTMENT OF NEW COUNSEL

      Counsel for Joan Santiago, Keir Bradford, hereby moves the Court for an order allowing counsel to withdraw, and, thereafter, an order appointing new counsel to represent Mr. Santiago. Counsel submits the following in support thereof:

      1.    Mr. Santiago was indicted on 11/6/07 for violations of Title 18§1028(a)(3) and (b)(2)(B) and Title 42§ 408(a)(7)(c). Defense Counsel, Keir Bradford, represented Mr. Santiago at his initial appearance on November 1, 2007, in front of Judge Mary Pat Thyne.

      2.    According to the complaint  there were only two co-defendants listed, both of which were represented by private counsel at the initial appearance.

      3.    On November 19, 2007, Counsel had a discussion with Mr. Edson A. Bostic, Federal Public Defender, about the posture of the case at which time Counsel was informed of a potential conflict of interest. Mr. Edson A. Bostic currently represents Mr. Vincente Villalobos-Rodriguez, an individual arrested in connection with the violations alleged in Mr. Santiago's indictment, but was not arrested at the same time as Mr. Santiago.

4. Counsel discussed this situation with Assistant United States Attorney, Keith Rosen, and came to the conclusion that an ethical conflict of interest has been created, which calls for withdrawal of any member of the Federal Public Defender's Office as attorney for Mr. Joan Santiago. <u>See</u> Delaware Rule of Professional Conduct 1.7 and 1.9.

5. Assistant United States Attorney, Keith Rosen, has no objection to withdraw the Federal Public Defender's Office from Mr. Santiago's case.

WHEREFORE, Counsel respectfully requests for this Court to withdraw as Counsel any member of the Federal Public Defender's Office, and to appoint a substitute counsel from the CJA panel.

<u>/s/ Keir Bradford</u>
KEIR BRADFORD, ESQUIRE
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
302-573-6010
<u>ecf_de@msn.com</u>

DATED:        November 20, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.: 07-145-GMS |
| | : | |
| JOAN SANTIAGO | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

On this _____ day of November, 2007, Counsel's Motion to Withdraw is granted.

The Clerk of the Court is directed to appoint new counsel for Mr. Joan Santiago pursuant to the

Criminal Justice Act.

_____
HONORABLE GREGORY M. SLEET
United States District Court, Chief Judge