UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No.: 07-145-GMS |
| JOAN SANTIAGO | : | |
| Defendant. | : | |

**ORDER**

On this _____21st_____ day of November, 2007, Counsel's Motion to Withdraw is granted. The Clerk of the Court is directed to appoint new counsel for Mr. Joan Santiago pursuant to the Criminal Justice Act.

HONORABLE GREGORY M. SLEET
United States District Court, Chief Judge



FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE