IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.07-145-GMS |
| JOAN SANTIAGO, | : |
| Defendant. | : |

## MOTION AND ORDER FOR SCHEDULING CONFERENCE

**COMES NOW** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware and Keith M. Rosen, Assistant United States Attorney, and respectfully requests that the Court Order a scheduling conference in the above-captioned matter. In support thereof, the government states as follows:

1. By Order dated December 5, 2007, the defendant was given until January 17, 2008, to file pre-trial motions. No motions have been filed, and thus no additional time has been excluded under the Speedy Trial Act.

2. The parties have been engaged in discussions concerning a non-trial resolution of this case. Those discussions are continuing.

/ / /

3.    The government respectfully submits that a teleconference would be appropriate for the purpose of scheduling future proceedings in this matter.

**WHEREFORE**, the government respectfully requests that the Court schedule a teleconference in this matter at its earliest convenience.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

BY: _____
             Keith M. Rosen
             Assistant United States Attorney

Dated: January 24, 2008

**IT IS SO ORDERED** this _____ day of _____, 2008. A teleconference will be conducted on _____, 2008, at _____ am/pm, with the government initiating the call.

                                              _____
                                              Honorable Gregory M. Sleet
                                              Chief Judge
                                              United States District Court
                                              District of Delaware