IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No.07-145-GMS |
| JOAN SANTIAGO, | : | |
| Defendant. | : | |

### MOTION AND ORDER FOR SCHEDULING CONFERENCE

**COMES NOW** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware and Keith M. Rosen, Assistant United States Attorney, and respectfully requests that the Court Order a scheduling conference in the above-captioned matter. In support thereof, the government states as follows:

1. By Order dated December 5, 2007, the defendant was given until January 17, 2008, to file pre-trial motions. No motions have been filed, and thus no additional time has been excluded under the Speedy Trial Act.

2. The parties have been engaged in discussions concerning a non-trial resolution of this case. Those discussions are continuing.

///



RECEIVED JAN 25 2008

3.  The government respectfully submits that a teleconference would be appropriate for the purpose of scheduling future proceedings in this matter.

**WHEREFORE**, the government respectfully requests that the Court schedule a teleconference in this matter at its earliest convenience.

>   Respectfully submitted,
>
>   COLM F. CONNOLLY
>   United States Attorney
>
>   BY: _____
>   Keith M. Rosen
>   Assistant United States Attorney

Dated: January 24, 2008

**IT IS SO ORDERED** this ___5th___ day of ___Feb.___, 2008. A teleconference will be conducted on ___February 13___, 2008, at ___2:45___ am/pm, with the government initiating the call.

>   _____
>   Honorable Gregory M. Sleet
>   Chief Judge
>   United States District Court
>   District of Delaware


FILED
FEB - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE