IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07-145 GMS |
| ) | |
| JOAN SANTIAGO ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington this 14th day of February 2008, having been advised by counsel that defendant intends to change her plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Wednesday, February 27, at 11:15 a.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **February 27, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE