IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 07-145 GMS |
| | ) |
| JOAN SANTIAGO | ) |
| | ) |
| Defendant. | ) |

**ORDER RESCHEDULING SENTENCING**

At Wilmington, this 13th day of May 2008;

IT IS HEREBY ORDERED that:

Sentencing in this matter is rescheduled to **Wednesday, May 28, 2008, at 9:15 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE