IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-145-GMS |
| | ) | |
| JOAN SANTIAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count III of the Indictment pursuant to the Memorandum of Plea Agreement dated February 27, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney

Dated: 5/28/08

IT IS SO ORDERED this 28th day of May, 2008.

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court

FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE