PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1:07CR00145-001(GMS) |
| | ) |
| Joan Santiago | ) |
| | ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW AMIE K. DOCHERTY PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joan Santiago who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Wilmington, Delaware, on the 8th day of November, 2007 under the following conditions:

1) The defendant shall participate in one of the following home confinement program components and abide by all the requirements which will include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer. **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Mandatory Condition**: The defendant shall not commit another federal, state, or local crime.

**Evidence**: On June 18, 2008, the defendant was charged with possession of drug paraphernalia. On the same date, the defendant admitted to police that he sold sham cocaine at a local club in the recent past.

PRAYING THAT THE COURT WILL ORDER... the issuance of a warrant so that Joan Santiago can be brought before the court for a hearing to determine if he has violated the terms and conditions of pretrial release.

ORDER OF COURT

So ordered this 20th day of June, 2008.

_____
Chief U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

Amie Docherty
U. S. Pretrial Services Officer

Executed on    June 19, 2008
Place    Dover, Delaware

FILED
JUN 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE