IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-145-GMS |
| JOAN SANTIAGO, | : | |
| Defendant. | : | |

**MOTION FOR DETENTION**

**NOW COMES** the United States and moves for the detention of the defendant, JOAN SANTIAGO, pursuant to 18 U.S.C. §§ 3143(a) & 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of release petition. In support of the motion, the United States alleges as follows: (a) there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; (b) there is probable cause to believe that the defendant has violated one or more conditions of his release; (c) that, based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community; and (d) that the defendant is unlikely to abide by any condition or combination of conditions of release.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _/s/_____
Seth M. Beausang
Assistant United States Attorney

Dated: June 23, 2008.