# United States District Court

**DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION** |
| v. | **PENDING HEARING PURSUANT TO** |
| | **FRCP 32.1** |
| JOAN SANTIAGO, | Case Number: 07-145-GMS |
| Defendant | |

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for _____TBD_____ * at _____TBD_____
                                        Date                            Time

before _____Honorable Gregory M. Sleet_____, U.S. __District__ Judge
                                  Name of Judicial Officer

**Ctrm. #4A, 4th Flr., Federal Bldg., 844 King St., Wilmington, Delaware**
                                  Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                  Other Custodial Official

and produced for the hearing.

_____JUNE 23RD, 2008_____              _[signature]_
           Date                                                                            Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.