IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 07-145 GMS |
| | ) |
| JOAN SANTIAGO | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington, this 23rd day of July 2008,

IT IS HEREBY ORDERED that:

The Petition by U.S. Probation (D.I. 34) to show cause re violation of the terms and conditions of pretrial release is HEREBY DISMISSED.

                                             _____
                                             CHIEF, UNITED STATES DISTRICT JUDGE



FILED
JUL 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE