AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| JOAN SANTIAGO | Case Number: 07-CR-145-001 GMS |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOAN SANTIAGO _____
                                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☑ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
   Violation Petition      Violation Petition      Violation

charging him or her with    (brief description of offense)

VIOLATION OF CONDITIONS OF PRETRIAL RELEASE

☐ in violation of Title _____ United States Code, Section(s) _____

☑ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| PETER T. DALLEO | By: _Marie McDavid, Deputy Clerk_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | 06/20/2008    Wilmington, Delaware |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

844 King St. Wilm DE

| DATE RECEIVED 6/20/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/23/08 | William David, DUSM | _William David_ |